**William Lee RICHARDSON, Jr., Plaintiff–Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION; The City Police Department of Charleston, West Virginia, Defendants–Appellees.**

No. 01–2351.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

William Lee Richardson, Jr., Appellant Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Lee Richardson, Jr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Richardson v. Social Sec. Admin.,* No. CA–01–779–2 (S.D.W.Va. Oct. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*